**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Matthew T. Wilson Sr.,<br>    aka Matthew Todd Wilson<br>    Paulette Wilson<br>                           Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-23114 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR CIM TRUST 2015-4AG MORTGAGE-BACKED NOTES, SERIES 2015-4AG and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/ James C. Warmbrodt, Esquire**
                                    James C. Warmbrodt, Esquire
                                    jwarmbrodt@kmllawgroup.com
                                    Attorney I.D. No. 42524
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    Phone: (215)-627-1322


                                    Attorney for Movant/Applicant