Certificate Number: 17572-PAW-DE-030143739

Bankruptcy Case Number: 17-23114



17572-PAW-DE-030143739

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>November 8, 2017</u>, at <u>8:03</u> o'clock <u>AM PST</u>, <u>Paulette Wilson</u> completed a course on personal financial management given <u>by telephone</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>November 8, 2017</u>          By:   <u>/s/Judy Alexander</u>

                                                    Name:   <u>Judy Alexander</u>

                                                    Title:   <u>Counselor</u>