# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

**Debtor:** MATTHEW T. & PAULETTE WILSON
**Case Number:** 17-23114-CMB   **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 08, 2018 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/9/18 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#2 - Final Confirmation of Plan Dated 8/2/2017 (NFC)
R / M #:  2 / 0

*Appearances:*

Debtor: DNA - ILLNESS
Trustee: Winnecour / Pail / Katz / Sjkirtich

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7.   X    Plan/Motion continued to  03/15/18  at  3:00 pm .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/31/2018   4:07:27PM