**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Matthew T. Wilson Sr.
aka Matthew Todd Wilson
Paulette Wilson**
    Debtor(s)

Bankruptcy Case No.: 17–23114–CMB
Issued Per Mar. 15. 2018 Proceeding
Chapter: 13
Docket No.: 30 – 2, 29
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 2, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☑ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $573 as of April 2018. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☑ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

- ☑ H.   Additional Terms: The claim of PA Department of Revenue will not be paid.

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

*[Signature]*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: March 26, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23114-CMB
Matthew T. Wilson, Sr.                                                    Chapter 13
Paulette Wilson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel               Page 1 of 3            Date Rcvd: Mar 26, 2018
                              Form ID: 149             Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
```
db/jdb         +Matthew T. Wilson, Sr.,    Paulette Wilson,    1189 Lincoln Avenue,    Vandergrift, PA 15690-1019
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +U.S. Bank National Association,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
14669548        ACMH,   P.O. Box 579,    Kittanning, PA 16201-0579
14669549        ACMH Hospital,    P.O. Box 579,    Kittanning, PA 16201-0579
14669550       +Acs/pnc Bank Na,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14669552      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14669562      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center, Inc.,    363 Vanadium Road, Suite 109,
                 Pittsburgh, PA 15243-1477)
14669554       +Capital One Bank,    PO Box 3115,    Milwaukee, WI 53201-3115
14669553       +Capital One Bank,    PO Box 30253,    Salt Lake City, UT 84130-0253
14669555       +Capital One Bank (USA) NA,    PO Box 26625,    Richmond, VA 23261-6625
14669557       +Capital One Bank (USA), N.A.,    4851 Cox Road,    Glen Allen, VA 23060-6293
14669556        Capital One Bank (USA), N.A.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14669558       +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
14669560       +Citi Auto,   2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
14676958       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14669561       +Citizens One Auto Finance,    480 Jefferson Blvd,    Warwick, RI 02886-1359
14669563       +Collection Service Center, Inc.,    832 Fifth Ave,    New Kensington, PA 15068-6304
14669564       +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
14669565       +Comenity Capital Bank,    PO Box 182120,    Columbus, OH 43218-2120
14669566       +Credit Control, LLC,    P.O. Box 31179,    Tampa, FL 33631-3179
14669572       +DSNB Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
14669571       +DSNB Macys,    PO Box 8218,    Mason, OH 45040-8218
14669567       +Daniel Santucci, Esq.,    1 International Plaza 5th Floor,    Philadelphia, PA 19113-1510
14729366        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14669573        Hayt, Hayt & Landau, LLC,    123 S. Broad Street, Ste 1660,    Philadelphia, PA 19109-1003
14669574       +Healthcare Clinics Walgreens,    Take Care Health PA PC,    16802 Collections Ctr Drive,
                 Chicago, IL 60693-0168
14669575       +I.C. System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
14669577       +Joshua Wilson,    1189 Lincoln St,    Vandergrift, PA 15690-1019
14732654       +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
14669580       +Magisterial District Court,    Judge James Andring,    241 Market Street,
                 Leechburg, PA 15656-1382
14669586      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX 75067)
14669585       +Nationstar,    Attn: Customer Service,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14689080       +Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    PO Box 619094,    Dallas, TX 75261-9094
14669591        Robert Louis Baroska III, Esq,    Hayt, Hayt & Landau, LLC,    123 S. Broad Street, Ste 1660,
                 Philadelphia, PA 19109-1003
14669592       +Robert William Cusiak, Esq,    Hayt, Hayt & Landau, LLC,
                 Meridian Center 1, 2 Indutrial Way West,    Eatontown, NJ 07724-2279
14669593       +Sears/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
14669594       +State Collection Service, Inc.,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
14669601        The SOS Group,    Collection Agency,    P.O. Box 16211,    Rocky River, OH 44116-0211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14669551        E-mail/Text: ebn@americollect.com Mar 27 2018 02:23:06      Americollect Inc,    Po Box 1566,
                 Manitowoc, WI 54221
14669569        E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2018 02:23:02      Dept of Education/Nelnet,
                 P.O. Box 82561,    Lincoln, NE 68501-2561
14669568        E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2018 02:23:02      Dept of Education/Nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
14669570        E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2018 02:23:02      Dept of Education/Nelnet,
                 Claims,    P.O. Box 82505,    Lincoln, NE 68501-2505
14669576       +E-mail/Text: cio.bncmail@irs.gov Mar 27 2018 02:22:22      Internal Revenue Service,
                 Centralized Insolvency,    Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14724970        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2018 02:27:09
                 LVNV Funding, LLC its successors and assigns as,    assignee of Vion Holdings LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14669578        E-mail/Text: camanagement@mtb.com Mar 27 2018 02:22:25      M&T Bank,    1 Fountain Plaza,
                 Buffalo, NY 14203
14669579        E-mail/Text: camanagement@mtb.com Mar 27 2018 02:22:25      M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
14726442       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2018 02:22:53      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14669581       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2018 02:22:53      Midland Credit Management, Inc.,
                 3111 Camino Del Rio North,    Suite 1300,    San Diego, CA 92108-5750
```

```
District/off: 0315-2          User: jhel              Page 2 of 3             Date Rcvd: Mar 26, 2018
                              Form ID: 149            Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14669583        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2018 02:22:53      Midland Funding, LLC,
                 Attn: Bankruptcy,    P.O. Box 939069,    San Diego, CA 92193-9069
14669582        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2018 02:22:53      Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14669584        +E-mail/Text: Bankruptcies@nragroup.com Mar 27 2018 02:23:56      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14669588         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:26:39
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA 23502
14669589         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:27:25
                 Portfolio Recovery Associates, LLC,    140 Corporate Blvd,    Norfolk, VA 23502
14669590         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:26:38
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
14707685         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:40:21
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14670224        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:40:10
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14669587        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2018 02:22:43      Pennsylvania Dept of Revenue,
                 Bankruptcy/Collection Unit,    10th Floor Strawberry Square,    4th & Walnut Streets,
                 Harrisburg, PA 17128-0001
14739950         E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2018 02:22:30
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14669599         E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:26:37      Synchrony Bank,    PO Box 530912,
                 Atlanta, GA 30353-0912
14669596         E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:26:59      Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
14669600        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:26:59      Synchrony Bank,    P.O. Box 965024,
                 Orlando, FL 32896-5024
14669595        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:27:23      Synchrony Bank,    PO Box 965005,
                 Orlando, FL 32896-5005
14669598        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:27:00      Synchrony Bank,    PO Box 965015,
                 Orlando, FL 32896-5015
14669597         E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:26:59      Synchrony Bank,    P.O. Box 965035,
                 Orlando, FL 32896-5035
14669602        +E-mail/Text: bankruptcydepartment@tsico.com Mar 27 2018 02:23:37      Transworld Systems, Inc.,
                 Collection Agency,    500 Virginia Dr. Ste 514,    Fort Washington, PA 19034-2707
14679843        +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2018 02:23:02
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                                TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, N.A. et. al.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14669559*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank USA NA,     15000 Capital One Dr,
                 Richmond, VA 23238)
                                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. et. al. bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Joint Debtor Paulette  Wilson mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

```
District/off: 0315-2          User: jhel                 Page 3 of 3              Date Rcvd: Mar 26, 2018
                              Form ID: 149               Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mark G. Moynihan    on behalf of Debtor Matthew T. Wilson, Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 6