IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-23114-CMB |
| Matthew T. Wilson and Paulette Wilson | |
|     Debtor(s) | Chapter 13 |
| | |
| Paulette Wilson | Related to Document No. 32, 34 |
|     Movant(s) | |
| | |
|     v. | |
| | |
| Home Not Alone Caregiver Services I, and | |
| Ronda J. Winnecour, Trustee | |
|     Respondent(s) | |

**CERTIFICATE OF SERVICE OF
ORDER TO PAY TRUSTEE PURSUANT TO AMENDED WAGE ATTACHMENT
AND LOCAL FORM 12, NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on April 6, 2018.

The type(s) of service made on the parties was: first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Debtor's Employer Served First-Class Mail:

Home Not Alone Caregiver Services I
527 Cedar Way, Suite 102
Oakmont, PA 15139

                                              Respectfully submitted,

                                              /s/ Mark G. Moynihan
                                              Mark G. Moynihan, Esquire
                                              Attorney for Debtor(s)
                                              PA 307622
                                              112 Washington Place, Suite 230
                                              Pittsburgh, PA 15219
                                              Phone: (412) 889-8535
                                              Fax: (800) 997-8192
                                              Email: mark@moynihanlaw.net