IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br>    Debtor(s) | Bankruptcy No. 17-23114-CMB<br><br>Chapter 13 |
| MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br>    Movant(s)<br><br>v.<br><br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent | Related to Doc No. 38, 39 |

**CERTIFICATE OF SERVICE OF ORDER DATED DECEMBER 22, 2020 [Doc 39], NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND AMENDED PLAN DATED DECEMBER 21, 2020 [Doc 38]**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **December 22, 2020**.

The type(s) of service made on the parties was: **first-class mail and electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

                                              MOYNIHAN LAW, PC

Executed on: December 22, 2020        By:    /s/ Mark G. Moynihan
                                              Mark G. Moynihan, Esquire
                                              Attorney for Debtor(s)
                                              PA 307622
                                              2 Chatham Center, Suite 230
                                              Pittsburgh, PA 15219
                                              Phone: (412) 889-8535
                                              Fax: (800) 997-8192
                                              Email: mark@moynihanlaw.net

**Service by NEF**

Sindi Mncina on behalf of Creditor U.S. Bank National Association
smncina@rascrane.com

Mark G. Moynihan on behalf of Debtor Matthew T. Wilson, Sr.
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Joint Debtor Paulette Wilson
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Brian Nicholas on behalf of Creditor U.S. Bank, N.A. et. al.
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | U.S. Bank National Association<br>Robertson Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton,, FL 33487-2853 |
| ACMH<br>P.O. Box 579<br>Kittanning, PA 16201-0579 | Acs/pnc Bank Na<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 | AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Capital One Bank<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Capital One Bank (USA) NA<br>PO Box 26625<br>Richmond, VA 23261-6625 | Capital One Bank (USA), N.A.<br>4851 Cox Road<br>Glen Allen, VA 23060-6293 |
| Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Citi Auto<br>2208 Highway 121 Ste 100<br>Bedford, TX 76021-5981 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |

COLLECTION SERVICE CENTER INC
363 VANADIUM ROAD
STE 109
PITTSBURGH PA 15243-1477

Collection Service Center, Inc.
832 Fifth Ave
New Kensington, PA 15068-6304

Comenity Bank
PO Box 182789
Columbus, OH 43218-2789

Comenity Capital Bank
PO Box 182120
Columbus, OH 43218-2120

Credit Control, LLC
P.O. Box 31179
Tampa, FL 33631-3179

DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Daniel Santucci, Esq.
1 International Plaza 5th Floor
Philadelphia, PA 19113-1510

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Dept of Education/Nelnet
P.O. Box 82561
Lincoln, NE 68501-2561

Hayt, Hayt & Landau, LLC
123 S. Broad Street, Ste 1660
Philadelphia, PA 19109-1003

Healthcare Clinics Walgreens
Take Care Health PA PC
16802 Collections Ctr Drive
Chicago, IL 60693-0001

I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Joshua Wilson
1189 Lincoln St
Vandergrift, PA 15690-1019

LVNV Funding, LLC its successors and assigns
assignee of Vion Holdings LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T Bank
PO Box 1508
Buffalo, New York 14240-1508

M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

Midland Credit Management, Inc.
3111 Camino Del Rio North
Suite 1300
San Diego, CA 92108-5750

Midland Funding, LLC
Attn: Bankruptcy
P.O. Box 939069
San Diego, CA 92193-9069

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Nationstar
Attn: Customer Service
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Nationstar Mortgage LLC
Attn: Bankruptcy Dept.
PO Box 619094
Dallas, TX 75261-9094

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Dept of Revenue
Bankruptcy/Collection Unit
10th Floor Strawberry Square
4th & Walnut Streets
Harrisburg, PA 17128-0001

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Robert William Cusiak, Esq<br>Hayt, Hayt & Landau, LLC<br>Meridian Center 1, 2 Indutrial Way West<br>Eatontown, NJ 07724-2279 | Sears/CBNA<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 |
| STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>P.O. Box 965035<br>Orlando, FL 32896-5035 |
| Synchrony Bank<br>PO Box 530912<br>Atlanta, GA 30353-0912 | The SOS Group<br>Collection Agency<br>P.O. Box 16211<br>Rocky River, OH 44116-0211 | Transworld Systems, Inc.<br>Collection Agency<br>500 Virginia Dr. Ste 514<br>Fort Washington, PA 19034-2733 |
| U.S. Department of Education C/O Nelnet<br>121 S 13TH ST, SUITE 201<br>LINCOLN, NE 68508-1911 | Matthew T. Wilson Sr.<br>Paulette Wilson<br>1189 Lincoln Avenue<br>Vandergrift, PA 15690-1019 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |