IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br>    Debtor(s) | Bankruptcy No. 17-23114-CMB<br><br>Chapter 13 |
| PAULETTE WILSON<br>    Movant(s)<br><br>v.<br><br>HOME NOT ALONE CAREGIVER SERVICES I<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to Document No. 40, 42 |

**CERTIFICATE OF SERVICE OF
ORDER TO PAY TRUSTEE PURSUANT TO AMENDED WAGE ATTACHMENT
AND LOCAL FORM 12, NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on April 6, 2018.

The type(s) of service made on the parties was: first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Debtor's Employer Served First-Class Mail:

Home Not Alone Caregiver Services I
Attn: Payroll Department
527 Cedar Way, Suite 102
Oakmont, PA 15139

    Respectfully submitted,

    MOYNIHAN LAW, PC

Dated: December 23, 2020    By:    /s/ Mark G. Moynihan
    Mark G. Moynihan, Esquire
    Attorney for Debtor(s)
    PA 307622
    2 Chatham Center, Suite 230
    Pittsburgh, PA 15219
    Phone: (412) 889-8535
    Fax: (800) 997-8192
    Email: mark@moynihanlaw.net