**Form 222**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Matthew T. Wilson Sr.**
**aka Matthew Todd Wilson**
**Paulette Wilson**
    Debtor(s)

Bankruptcy Case No.: 17−23114−CMB
Related to Doc. No. 52
Chapter: 13
Docket No.: 55 − 52
Concil. Conf.: August 12, 2021 at 09:00 AM

## ORDER

     **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated June 22,2021* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

     On or before **July 26, 2021,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

     On **August 12, 2021** at **09:00 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: June 25, 2021

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 17-23114-CMB

Matthew T. Wilson, Sr.                                                    Chapter 13

Paulette Wilson

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: 222 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021                    Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank  N.A. et. al. bnicholas@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Matthew T. Wilson  Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                    User: dric                                    Page 2 of 2
Date Rcvd: Jun 25, 2021                 Form ID: 222                          Total Noticed: 1

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sindi Mncina
                    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com


TOTAL: 7