IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br>    Debtor(s) | Bankruptcy No. 17-23114-CMB<br><br>Chapter 13 |
| MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br>    Movant(s)<br><br>    v.<br><br>CITIZENS BANK N.A.<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Doc No.  54 |

**CONSENT ORDER DIRECTING STATE FARM TO PAY
AUTO INSURANCE PROCEEDS TO THE TRUSTEE AND THE DEBTORS**

NOW this __25th__ day of __June__, 20__21__, upon agreement of the parties; it is ORDERED, ADJUDGED AND DECREED:

1. Movants filed an amended Chapter 13 plan dated June 22, 2021 that includes surrender of a 2013 Chrysler 200 Limited Sport bearing vehicle identification number 1C3CCBCG5DN754775.

2. The vehicle was involved in an accident on February 25, 2021.

3. Movants filed amended Schedules B and C on June 22, 2021, claiming an exemption for the insurance proceeds.

4. State Farm is willing to pay a total loss vehicle settlement for the Debtors in the amount of $8,600.50.

5. State Farm has requested a direction to pay the insurance proceeds.

6. A portion of the insurance proceeds are due to Citizens Bank N.A. who holds title to the vehicle pursuant to its secured claim filed at Claim 1.

7. The parties have conferred on the amount the trustee requires to then pay Citizens Bank N.A. so that it can clear title to the vehicle.

8. The parties agree that State Farm shall pay the $8,600.50 insurance proceeds as follows:

   a. State Farm shall pay **$3,399.29** to the trustee who then shall use those funds to pay Citizens Bank N.A. so that it can release title to State Farm. The payment shall be made payable to **Ronda J. Winnecour, Chapter 13 Trustee** and mailed to the following address:

   > **Ronda J. Winnecour**
   > **P.O. Box 84051**
   > **Chicago, IL 60689-4002**

   State Farm shall include the case number **1723114** on the payment.

   State Farm shall **enclose a copy of this Order** with the payment to the Trustee;

   and

   b. State Farm shall pay **$5,201.21** directly to the Debtors, Matthew T. Wilson and Paulette Wilson.

9. Other than making final payment on the secured claim of Citizens Bank N.A. after receipt of the $3,399.29 from State Farm, the Chapter 13 trustee shall cease making payments to Citizens Bank N.A. on Claim 1 as a secured creditor.

10. Citizens Bank N.A. may be paid on Claim 1 as an unsecured creditor only after it files an allowed amended proof of claim.

IT IS SO ORDERED.

BY THE COURT:

Carlota M. Böhm          dmr
Chief United States Bankruptcy Court Judge

Consenting:

/s/ Garry Masterson
Garry Masterson
Counsel for Citizens Bank N.A.

/s/ Mark G. Moynihan
Mark G. Moynihan
Counsel for Debtors

/s/ Owen Katz
Owen Katz
Counsel for Chapter 13 Trustee

FILED
6/25/21 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 17-23114-CMB
Matthew T. Wilson, Sr.                                                                      Chapter 13
Paulette Wilson
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dric | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021                            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank  N.A. et. al. bnicholas@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Matthew T. Wilson  Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: dric | Page 2 of 2
Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 1

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

TOTAL: 7