IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br>    Debtor(s) | Bankruptcy No.  17-23114-CMB<br><br>Chapter 13 |
| MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br>    Movant(s)<br><br>v.<br><br>CITIZENS BANK N.A.<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to Doc No. 52, 55 |

**CERTIFICATE OF SERVICE OF ORDER DATED JUNE 25, 2021 [Doc 55],
NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND
AMENDED PLAN DATED JUNE 22, 2021 [Doc 52]**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **June 28, 2021**.

The type(s) of service made on the parties was: **first-class mail and electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

                                                   MOYNIHAN LAW PC

Executed on: June 28, 2021        By:    /s/ Mark G. Moynihan
                                                   Mark G. Moynihan
                                                   PA ID No. 307622
                                                   2 Chatham Center, Suite 230
                                                   Pittsburgh, PA 15219
                                                   Phone:  (412) 889-8535
                                                   Fax:  (800) 997-8192
                                                   Email: mark@moynihanlaw.net

                                                   Attorney for Debtor(s)

**Service by NEF**

Sindi Mncina on behalf of Creditor U.S. Bank National Association
smncina@rascrane.com

Mark G. Moynihan on behalf of Debtor Matthew T. Wilson, Sr.
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Joint Debtor Paulette Wilson
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Brian Nicholas on behalf of Creditor U.S. Bank, N.A. et. al.
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | U.S. Bank National Association<br>Robertson Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton,, FL 33487-2853 |
| ACMH<br>P.O. Box 579<br>Kittanning, PA 16201-0579 | Acs/pnc Bank Na<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 | AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Capital One Bank<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One Bank<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Capital One Bank (USA) NA<br>PO Box 26625<br>Richmond, VA 23261-6625 |
| Capital One Bank (USA), N.A.<br>4851 Cox Road<br>Glen Allen, VA 23060-6293 | Capital One Bank (USA), N.A.<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Citi Auto<br>2208 Highway 121 Ste 100<br>Bedford, TX 76021-5981 |

| | | |
|---|---|---|
| CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | COLLECTION SERVICE<br>CENTER INC<br>363 VANADIUM ROAD<br>STE 109<br>PITTSBURGH PA 15243-1477 | Collection Service Center, Inc.<br>832 Fifth Ave<br>New Kensington, PA 15068-6304 |
| Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Capital Bank<br>PO Box 182120<br>Columbus, OH 43218-2120 | Credit Control, LLC<br>P.O. Box 31179<br>Tampa, FL 33631-3179 |
| DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE<br>MS 777<br>O FALLON MO 63368-2222 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Dept of Education/Nelnet<br>Claims<br>P.O. Box 82505<br>Lincoln, NE 68501-2505 |
| Dept of Education/Nelnet<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 | Hayt, Hayt & Landau, LLC<br>123 S. Broad Street, Ste 1660<br>Philadelphia, PA 19109-1003 | Healthcare Clinics Walgreens<br>Take Care Health PA PC<br>16802 Collections Ctr Drive<br>Chicago, IL 60693-0001 |
| I.C. System, Inc.<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Joshua Wilson<br>1189 Lincoln St<br>Vandergrift, PA 15690-1019 |
| LVNV Funding, LLC its<br>successors and assigns<br>assignee of Vion Holdings LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | M&T Bank<br>PO Box 1508<br>Buffalo, New York 14240-1508 | M&T BANK<br>LEGAL DOCUMENT<br>PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | Midland Credit Management, Inc.<br>3111 Camino Del Rio North<br>Suite 1300<br>San Diego, CA 92108-5750 | Midland Funding, LLC<br>Attn: Bankruptcy<br>P.O. Box 939069<br>San Diego, CA 92193-9069 |
| National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | Nationstar<br>Attn: Customer Service<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 | NATIONSTAR MORTGAGE<br>LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |

| | | |
|---|---|---|
| Nationstar Mortgage LLC<br>Attn: Bankruptcy Dept.<br>PO Box 619094<br>Dallas, TX 75261-9094 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Dept of Revenue<br>Bankruptcy/Collection Unit<br>10th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0001 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Robert William Cusiak, Esq<br>Hayt, Hayt & Landau, LLC<br>Meridian Center 1, 2 Indutrial Way West<br>Eatontown, NJ 07724-2279 | Sears/CBNA<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 | STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 |
| Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>P.O. Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>P.O. Box 965035<br>Orlando, FL 32896-5035 |
| Synchrony Bank<br>PO Box 530912<br>Atlanta, GA 30353-0912 | Synchrony Bank<br>PO Box 965005<br>Orlando, FL 32896-5005 | The SOS Group<br>Collection Agency<br>P.O. Box 16211<br>Rocky River, OH 44116-0211 |
| Transworld Systems, Inc.<br>Collection Agency<br>500 Virginia Dr. Ste 514<br>Fort Washington, PA 19034-2733 | U.S. Department of Education<br>C/O Nelnet<br>121 S 13TH ST, SUITE 201<br>LINCOLN, NE 68508-1911 | Matthew T. Wilson Sr.<br>Paulette Wilson<br>1189 Lincoln Avenue<br>Vandergrift, PA 15690-1019 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |