Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Matthew T. Wilson Sr.
aka Matthew Todd Wilson
Paulette Wilson**
    Debtor(s)

Bankruptcy Case No.: 17−23114−CMB
Per August 12, 2021 Proceeding
Chapter: 13
Docket No.: 60 − 52, 55
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 22, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.     For the remainder of the Plan term, the periodic Plan payment is amended to be $683.00 as of March, 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.     The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.     Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.     Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.     The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.     The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.     Additional Terms: Citizens Bank (Cl. #1) to be paid remaining balance per Order Entered June 25, 2021 (Doc. No. 56).

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 15, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Matthew T. Wilson, Sr.  
Paulette Wilson  
    Debtors

Case No. 17-23114-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 4  
Date Rcvd: Aug 16, 2021      Form ID: 149      Total Noticed: 65

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | U.S. Bank National Association, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 14669548 | | ACMH, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669549 | | ACMH Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669550 | + | Acs/pnc Bank Na, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14669562 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Road, Suite 109, Pittsburgh, PA 15243-1477 |
| 14669554 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14669563 | + | Collection Service Center, Inc., 832 Fifth Ave, New Kensington, PA 15068-6304 |
| 14669566 | + | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 14669567 | + | Daniel Santucci, Esq., 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 14669574 | + | Healthcare Clinics Walgreens, Take Care Health PA PC, 16802 Collections Ctr Drive, Chicago, IL 60693-0001 |
| 14669575 | + | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14669577 | + | Joshua Wilson, 1189 Lincoln St, Vandergrift, PA 15690-1019 |
| 14732654 | + | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14669580 | + | Magisterial District Court, Judge James Andring, 241 Market Street, Leechburg, PA 15656-1382 |
| 14669586 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, 350 Highland Dr, Lewisville, TX 75067 |
| 14669585 | + | Nationstar, Attn: Customer Service, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14689080 | + | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 14669592 | + | Robert William Cusiak, Esq, Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Indutrial Way West, Eatontown, NJ 07724-2279 |
| 14669601 | + | The SOS Group, Collection Agency, P.O. Box 16211, Rocky River, OH 44116-0211 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14669551 | Email/Text: ebn@americollect.com | Aug 16 2021 23:30:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14669552 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 23:44:45 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14669559 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 23:44:45 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14676958 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 16 2021 23:30:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14669561 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 16 2021 23:30:00 | Citizens One Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14669553 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 23:44:50 | Capital One Bank, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14669555 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 23:44:50 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14669557 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 23:44:45 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14669556 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 23:44:41 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14669558 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 23:44:41 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14669564 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 16 2021 23:30:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14669565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 16 2021 23:30:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14669572 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2021 23:44:47 | DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14669571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2021 23:44:52 | DSNB Macys, PO Box 8218, Mason, OH 45040 |
| 14729366 | | Email/Text: bnc-quantum@quantum3group.com | Aug 16 2021 23:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14669570 | | Email/Text: electronicbkydocs@nelnet.net | Aug 16 2021 23:30:00 | Dept of Education/Nelnet, Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14669568 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 16 2021 23:30:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14669569 | | Email/Text: electronicbkydocs@nelnet.net | Aug 16 2021 23:30:00 | Dept of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14669576 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 16 2021 23:30:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14724970 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2021 23:44:51 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14669578 | | Email/Text: camanagement@mtb.com | Aug 16 2021 23:30:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14669579 | | Email/Text: camanagement@mtb.com | Aug 16 2021 23:30:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14726442 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 16 2021 23:30:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14669581 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 16 2021 23:30:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14669583 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 16 2021 23:30:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14669582 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 16 2021 23:30:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14669584 | + | Email/Text: Bankruptcies@nragroup.com | Aug 16 2021 23:31:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14669588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2021 23:44:45 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14669589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2021 23:44:41 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14669590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14707685 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2021 23:44:45 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 14670224 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 16 2021 23:44:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14669587 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 16 2021 23:44:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14739950 | | Email/Text: bnc-quantum@quantum3group.com | Aug 16 2021 23:30:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14669594 | | Email/Text: amieg@stcol.com | Aug 16 2021 23:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14669593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2021 23:30:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14669599 | | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 23:44:52 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14669595 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 23:44:45 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14669598 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 23:44:50 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14669600 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 23:44:50 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14669597 | | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 23:44:41 | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14669596 | | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 23:44:41 | Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14669602 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 16 2021 23:44:50 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14679843 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 16 2021 23:30:00 | Transworld Systems, Inc., Collection Agency, 500 Virginia Dr. Ste 514, Fort Washington, PA 19034-2733 |
| | | | Aug 16 2021 23:30:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, N.A. et. al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669560 | ##+ | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 14669573 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |
| 14669591 | ## | Robert Louis Baroska III, Esq, Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: dric | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: 149 | Total Noticed: 65 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
　on behalf of Creditor U.S. Bank  N.A. et. al. bnicholas@kmllawgroup.com

Mark G. Moynihan
　on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net
　moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
　on behalf of Debtor Matthew T. Wilson  Sr. mark@moynihanlaw.net,
　moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　cmecf@chapter13trusteewdpa.com

S. James Wallace
　on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sindi Mncina
　on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

TOTAL: 7