IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-23114-CMB |
| Matthew T. Wilson, Sr. ) | |
| Paulette Wilson ) | |
| ) | Chapter 13 |
| Debtors ) | Document No. _____ |
| ) | Related to Document No. 60 |

### CONSENT ORDER MODIFYING AUGUST 15, 2021 ORDER

AND NOW, this _____ day of _____, 2021, upon consent of the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated August 15, 2021 it is

ORDERED that Part "1.A." be amended to add the following: For the remainder of the Plan term, the periodic Plan payment is amended to be $683.00 beginning August 2021. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The August 15, 2021 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire (PA I.D. #307622)
Attorney for debtor
112 Washington Place, Suite 230
Pittsburgh, PA  15219
412-889-8535
mark@moynihanlaw.net