IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17-23114-CMB |
| Matthew T. Wilson, Sr. | ) |
| Paulette Wilson | ) |
| | ) Chapter 13 |
| Debtors | ) Document No. __67__ |
| | ) Related to Document No. 60 |

**CONSENT ORDER MODIFYING AUGUST 15, 2021 ORDER**

AND NOW, this __8th__ day of __September__, 2021, upon consent of the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated August 15, 2021 it is

ORDERED that Part "1.A." be amended to add the following: For the remainder of the Plan term, the periodic Plan payment is amended to be $683.00 beginning August 2021.  It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The August 15, 2021 order otherwise remains in full force and effect.

BY THE COURT:

FILED
9/8/21 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm            dmr
Chief United States Bankruptcy Court Judge

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire (PA I.D. #307622)
Attorney for debtor
112 Washington Place, Suite 230
Pittsburgh, PA  15219
412-889-8535
mark@moynihanlaw.net

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Matthew T. Wilson, Sr.  
Paulette Wilson  
    Debtors

Case No. 17-23114-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 4  
Date Rcvd: Sep 08, 2021     Form ID: pdf900     Total Noticed: 65

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | U.S. Bank National Association, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 14669548 | | ACMH, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669549 | | ACMH Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669550 | + | Acs/pnc Bank Na, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14669562 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Road, Suite 109, Pittsburgh, PA 15243-1477 |
| 14669554 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14669563 | + | Collection Service Center, Inc., 832 Fifth Ave, New Kensington, PA 15068-6304 |
| 14669566 | + | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 14669567 | + | Daniel Santucci, Esq., 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 14669574 | + | Healthcare Clinics Walgreens, Take Care Health PA PC, 16802 Collections Ctr Drive, Chicago, IL 60693-0001 |
| 14669575 | + | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14669577 | + | Joshua Wilson, 1189 Lincoln St, Vandergrift, PA 15690-1019 |
| 14732654 | + | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14669580 | + | Magisterial District Court, Judge James Andring, 241 Market Street, Leechburg, PA 15656-1382 |
| 14669586 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, 350 Highland Dr, Lewisville, TX 75067 |
| 14669585 | + | Nationstar, Attn: Customer Service, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14689080 | + | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 14669592 | + | Robert William Cusiak, Esq, Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Indutrial Way West, Eatontown, NJ 07724-2279 |
| 14669601 | + | The SOS Group, Collection Agency, P.O. Box 16211, Rocky River, OH 44116-0211 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14669551 | Email/Text: ebn@americollect.com | Sep 08 2021 23:09:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14669552 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 23:19:01 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14669559 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 23:18:53 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14676958 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 08 2021 23:09:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14669561 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 08 2021 23:09:00 | Citizens One Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886 |

Case 17-23114-CMB   Doc 69   Filed 09/10/21   Entered 09/11/21 00:34:25   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: dric | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 65 |

| Record | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14669553 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 23:18:53 | Capital One Bank, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14669555 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 23:18:57 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14669557 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 23:18:53 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14669556 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 23:18:53 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14669558 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 23:18:57 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14669564 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 23:09:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14669565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 23:09:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14669572 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 23:18:55 | DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14669571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 23:19:03 | DSNB Macys, PO Box 8218, Mason, OH 45040 |
| 14729366 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2021 23:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14669570 | | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2021 23:09:00 | Dept of Education/Nelnet, Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14669568 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2021 23:09:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14669569 | | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2021 23:09:00 | Dept of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14669576 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2021 23:09:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14724970 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:18:58 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14669578 | | Email/Text: camanagement@mtb.com | Sep 08 2021 23:09:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14669579 | | Email/Text: camanagement@mtb.com | Sep 08 2021 23:09:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14726442 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 23:09:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14669581 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 23:09:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14669583 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 23:09:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14669582 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 23:09:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14669584 | + | Email/Text: Bankruptcies@nragroup.com | Sep 08 2021 23:10:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14669588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 23:19:01 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14669589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 23:19:02 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14669590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0315-2 | User: dric | Page 3 of 4
Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 65

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14707685 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 23:18:54 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| | | | Sep 08 2021 23:18:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670224 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 08 2021 23:18:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669587 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 23:09:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14739950 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2021 23:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14669594 | | Email/Text: amieg@stcol.com | Sep 08 2021 23:09:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14669593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 23:19:04 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14669599 | | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 23:19:01 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14669595 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 23:19:01 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14669598 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 23:18:58 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14669600 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 23:18:54 | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14669597 | | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 23:19:01 | Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14669596 | | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 23:18:53 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14669602 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 08 2021 23:10:00 | Transworld Systems, Inc., Collection Agency, 500 Virginia Dr. Ste 514, Fort Washington, PA 19034-2733 |
| 14679843 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2021 23:09:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, N.A. et. al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669560 | ##+ | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 14669573 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |
| 14669591 | ## | Robert Louis Baroska III, Esq, Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank  N.A. et. al. bnicholas@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Matthew T. Wilson  Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@rascrane.com |

TOTAL: 7