UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 17-23114-cmb |
| Matthew T. Wilson, Sr and | : | |
| Paulette Wilson, | : | |
| Debtors | : | Chapter 13 |
| Matthew T. Wilson , Sr. and | : | |
| Paulette Wilson, Movants | : | |
| Vs. | : | |
| Midland Funding, and | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AVOID LIENS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Liens filed on September 21, 2022 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 8, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                    Respectfully submitted,

                                                    _/s/Shawn N. Wright
                                                    Shawn N. Wright, Esquire
                                                    Counsel for Debtors; PA#64103
                                                    7240 McKnight Road
                                                    Pittsburgh, PA 15237
                                                    (412) 920-6565
                                                    shawn@shawnwrightlaw.com