UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 17-23114-cmb |
| Matthew T. Wilson, Sr and | : | |
| Paulette Wilson, | : | |
| Debtors | : | Chapter 13 |
| Matthew T. Wilson , Sr. and | : | |
| Paulette Wilson, Movants | : | Related to Doc. No. 73 |
| Vs. | : | |
| Midland Funding, and | : | |
| Ronda J. Winnecour, Trustee | : | **ENTERED BY DEFAULT** |
| Respondents | : | |

ORDER OF COURT

AND NOW, this <u>12th</u> day of <u>October</u>, 2022, upon motion of Debtors to avoid judicial liens it is hereby ORDERED AND ADJUDGED that the judicial liens of Midland Funding in the Armstrong County Court of Common Pleas shall be and are AVOIDED.

The said judgments are at Case Number MJ-33303-CV-0000022-2017, Case Number MJ33303-CV-000074-2017; Case Number MJ33303-CV-000075-2017 and Case Number MJ33303-CV-000076-2017 in the Armstrong County Court of Common Pleas.

Movants to pay satisfaction fees.

FILED
10/12/22 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Bohm, **dmr**
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-23114-CMB

Matthew T. Wilson, Sr. Chapter 13

Paulette Wilson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2

Date Rcvd: Oct 12, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank N.A. et. al. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Mark G. Moynihan | on behalf of Debtor Matthew T. Wilson Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Oct 12, 2022     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Shawn N. Wright
on behalf of Debtor Matthew T. Wilson Sr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
on behalf of Joint Debtor Paulette Wilson shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Sindi Mncina
on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

TOTAL: 10