**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br><br>      Respondents | Case No. 17-23114CMB<br><br>Chapter 13<br><br>Document No. 78 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __19th__ day of __October__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Home Not Alone Care Giver
Attn: Payroll Manager
527 Cedar Wy Ste 102
Oakmont, PA 15139

is hereby ordered to immediately terminate the attachment of the wages of PAULETTE WILSON, social security number XXX-XX-5571. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PAULETTE WILSON.

BY THE COURT:

_Carlota M. Böhm_
**dmr**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

FILED
10/19/22 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23114-CMB
Matthew T. Wilson, Sr.  Chapter 13
Paulette Wilson
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank N.A. et. al. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Mark G. Moynihan | on behalf of Debtor Matthew T. Wilson Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Matthew T. Wilson  Sr. shawn@shawnwrightlaw.com,
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Joint Debtor Paulette Wilson shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

TOTAL: 10