LOCAL BANKRUPTCY FORM NO. 24

# IN THE UNITED STATES BANKRUPTCY COURT
## Pennsylvania Western District

| | |
|---|---|
| In Re:<br>Matthew T. Wilson, Sr. &<br>Paulette Wilson<br>DEBTORS<br>-----------------------------------------<br>Shawn Wright<br>APPLICANT<br>vs.<br>NO RESPONDENT | Case Number: 17-23114-cmb<br>Chapter 13<br>Document No.<br>Hearing Date:<br>12/13/2022 at 10 am |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Professional Fees filed on October 19, 2022 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 6, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 19, 2022        /s/ Shawn N. Wright
                               Shawn Wright
                               7240 McKnight Road
                               Pittsburgh, Pennsylvania 15237
                               (412) 920-6565
                               PA ID #64103
                               shawn@shawnwrightlaw.com