**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Matthew T. Wilson Sr.**
**aka Matthew Todd Wilson**
**Paulette Wilson**
   Debtor(s)

Bankruptcy Case No.: 17−23114−CMB
Related to Doc. No. 90
Chapter: 13
Docket No.: 91 − 90

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of December, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/13/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/9/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/13/23.**

Carlota M Bohm<br>United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23114-CMB

Matthew T. Wilson, Sr.     Chapter 13

Paulette Wilson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4

Date Rcvd: Dec 28, 2022    Form ID: 408v    Total Noticed: 65

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |
| 14669548 | | ACMH, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669549 | | ACMH Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669550 | + | Acs/pnc Bank Na, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14669562 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Road, Suite 109, Pittsburgh, PA 15243-1477 |
| 14669554 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14669563 | + | Collection Service Center, Inc., 832 Fifth Ave, New Kensington, PA 15068-6304 |
| 14669567 | + | Daniel Santucci, Esq., 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 14669574 | + | Healthcare Clinics Walgreens, Take Care Health PA PC, 16802 Collections Ctr Drive, Chicago, IL 60693-0001 |
| 14669577 | + | Joshua Wilson, 1189 Lincoln St, Vandergrift, PA 15690-1019 |
| 14669580 | + | Magisterial District Court, Judge James Andring, 241 Market Street, Leechburg, PA 15656-1382 |
| 14669592 | + | Robert William Cusiak, Esq, Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Indutrial Way West, Eatontown, NJ 07724-2279 |
| 14669601 | + | The SOS Group, Collection Agency, P.O. Box 16211, Rocky River, OH 44116-0211 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 28 2022 23:50:00 | U.S. Bank National Association, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 14669551 | | Email/Text: ebn@americollect.com | Dec 28 2022 23:50:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14669552 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:44 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14669559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:44 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14676958 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 23:50:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14669561 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 23:50:00 | Citizens One Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14669553 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 17-23114-CMB    Doc 92    Filed 12/30/22    Entered 12/31/22 00:24:28    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 408v | Total Noticed: 65 |

| | | | |
|---|---|---|---|
| | | Dec 28 2022 23:49:34 | Capital One Bank, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14669555 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Dec 28 2022 23:49:34 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14669557 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Dec 28 2022 23:49:51 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14669556 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Dec 28 2022 23:49:51 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14669558 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Dec 28 2022 23:49:34 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14669564 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Dec 28 2022 23:50:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14669565 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Dec 28 2022 23:50:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14669566 | ^ MEBN | | |
| | | Dec 28 2022 23:43:45 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 14669572 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 29 2022 00:00:07 | DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14669571 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 29 2022 00:00:20 | DSNB Macys, PO Box 8218, Mason, OH 45040 |
| 14729366 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 28 2022 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14669570 | Email/Text: electronicbkydocs@nelnet.net | | |
| | | Dec 28 2022 23:50:00 | Dept of Education/Nelnet, Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14669568 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Dec 28 2022 23:50:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14669569 | Email/Text: electronicbkydocs@nelnet.net | | |
| | | Dec 28 2022 23:50:00 | Dept of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14669575 | + Email/Text: Bankruptcy@ICSystem.com | | |
| | | Dec 28 2022 23:50:00 | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14669576 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Dec 28 2022 23:50:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14724970 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 28 2022 23:49:37 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14669578 | Email/Text: camanagement@mtb.com | | |
| | | Dec 28 2022 23:50:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14669579 | Email/Text: camanagement@mtb.com | | |
| | | Dec 28 2022 23:50:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14732654 | + Email/Text: camanagement@mtb.com | | |
| | | Dec 28 2022 23:50:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14726442 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 28 2022 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14669581 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 28 2022 23:50:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14669583 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 28 2022 23:50:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14669582 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 28 2022 23:50:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14669586 | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Dec 28 2022 23:50:00 | Nationstar Mortgage, 350 Highland Dr, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lewisville, TX 75067 |
| 14669584 | + | Email/Text: Bankruptcies@nragroup.com | Dec 28 2022 23:50:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14669585 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:50:00 | Nationstar, Attn: Customer Service, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14689080 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:50:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 14669588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:46 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14669589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:52 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14669590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 00:00:06 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 14707685 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 00:00:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670224 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 29 2022 00:00:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669587 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 23:50:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14739950 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14669594 | | Email/Text: amieg@stcol.com | Dec 28 2022 23:50:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14669593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:11 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14669599 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:51 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14669595 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:37 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14669598 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:34 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14669600 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:37 | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14669597 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:46 | Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14669596 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:45 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14669602 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 28 2022 23:50:00 | Transworld Systems, Inc., Collection Agency, 500 Virginia Dr. Ste 514, Fort Washington, PA 19034-2733 |
| 14679843 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2022 23:50:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | | U.S. Bank, N.A. et. al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669560 | ##+ | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 14669573 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |
| 14669591 | ## | Robert Louis Baroska III, Esq, Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
 on behalf of Creditor U.S. Bank  N.A. et. al. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
 on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

Mark G. Moynihan
 on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
 on behalf of Debtor Matthew T. Wilson  Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
 on behalf of Debtor Matthew T. Wilson  Sr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
 on behalf of Joint Debtor Paulette Wilson shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Sindi Mncina
 on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

TOTAL: 10