**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW T. WILSON, SR.<br>PAULETTE WILSON<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:17-23114<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/02/2017 and confirmed on 9/25/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,755.66 |
| Less Refunds to Debtor | 2,885.81 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,869.85 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,727.77 | |
|   Trustee Fee | 1,757.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,485.22 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 0.00 | 13,526.19 | 0.00 | 13,526.19 |
|     Acct: 2113 | | | | |
|   CITIZENS BANK NA(*) | 6,633.98 | 6,633.98 | 930.35 | 7,564.33 |
|     Acct: 2375 | | | | |
|   M & T BANK | 8,102.82 | 8,102.82 | 792.00 | 8,894.82 |
|     Acct: 5246 | | | | |
|   CITIZENS BANK NA(*) | 3,399.29 | 3,399.29 | 0.00 | 3,399.29 |
|     Acct: 2375 | | | | |
| | | | | 33,384.63 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW T. WILSON, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW T. WILSON, SR. | 2,885.81 | 2,885.81 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 2,127.77 | 2,127.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 600.00 | 600.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9/22 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0276 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ARMSTRONG COUNTY MEMORIAL HOSPI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8662 | | | | |
|   ARMSTRONG COUNTY MEMORIAL HOSPI | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 9718 | | | | |
| | AFSA DATA CORPORATION/ACS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9370 | | | | |
| | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4064 | | | | |
| | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0570 | | | | |
| | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1487 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,377.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 7970 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8009 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6101 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: G33X | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 428.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 4026 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 375.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 7568 | | | | |
| | US DEPARTMENT OF EDUCATION | 38,023.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 0276 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1279 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3479 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3379 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 2,843.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 3660 | | | | |
| | WALGREENS SPECIALTY PHARMACY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2089 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3478 | | | | |
| | MIDLAND FUNDING LLC | 5,119.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 2822 | | | | |
| | MIDLAND FUNDING LLC | 3,489.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 1221 | | | | |
| | MIDLAND FUNDING LLC | 3,180.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 8114 | | | | |
| | MIDLAND FUNDING LLC | 2,762.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 9431 | | | | |
| | MIDLAND FUNDING LLC | 2,507.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 8270 | | | | |
| | MIDLAND FUNDING LLC | 1,212.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 7579 | | | | |
| | NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 22B7 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,216.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 2476 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,932.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4874 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1121 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3738 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 425.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 1902 | | | | |
| | INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |

17-23114                                                                                                                               Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0276 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 2,815.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 4660 | | | | |
| | M & T BANK | 1.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 5246 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7579 | | | | |
| | ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOSHUA WILSON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT CONTROL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1344 | | | | |
| | CREDIT CONTROL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0472 | | | | |
| | LAW OFFICE OF DANIEL SANTUCCI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2017 | | | | |
| | HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2017 | | | | |
| | DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THE SOS GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8662 | | | | |
| | TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                 33,384.63

TOTAL CLAIMED
PRIORITY             0.00
SECURED         18,136.09
UNSECURED       71,709.40


Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   MATTHEW T. WILSON, SR.
   PAULETTE WILSON
       Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:17-23114

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23114-CMB

Matthew T. Wilson, Sr.     Chapter 13

Paulette Wilson

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Dec 28, 2022     Form ID: pdf900     Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |
| 14669548 | | ACMH, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669549 | | ACMH Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669550 | + | Acs/pnc Bank Na, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14669562 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Road, Suite 109, Pittsburgh, PA 15243-1477 |
| 14669554 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14669563 | + | Collection Service Center, Inc., 832 Fifth Ave, New Kensington, PA 15068-6304 |
| 14669567 | + | Daniel Santucci, Esq., 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 14669574 | + | Healthcare Clinics Walgreens, Take Care Health PA PC, 16802 Collections Ctr Drive, Chicago, IL 60693-0001 |
| 14669577 | + | Joshua Wilson, 1189 Lincoln St, Vandergrift, PA 15690-1019 |
| 14669580 | + | Magisterial District Court, Judge James Andring, 241 Market Street, Leechburg, PA 15656-1382 |
| 14669592 | + | Robert William Cusiak, Esq, Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Indutrial Way West, Eatontown, NJ 07724-2279 |
| 14669601 | + | The SOS Group, Collection Agency, P.O. Box 16211, Rocky River, OH 44116-0211 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 28 2022 23:50:00 | U.S. Bank National Association, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 14669551 | | Email/Text: ebn@americollect.com | Dec 28 2022 23:50:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14669552 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:44 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14669559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:51 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14676958 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 23:50:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14669561 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2022 23:50:00 | Citizens One Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14669553 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 17-23114-CMB   Doc 93   Filed 12/30/22   Entered 12/31/22 00:24:28   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 65 |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14669555 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:51 | Capital One Bank, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14669557 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:35 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14669556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:51 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14669558 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:51 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14669564 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2022 23:49:44 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14669565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2022 23:50:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14669566 | ^ | MEBN | Dec 28 2022 23:50:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14669572 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 23:43:45 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 14669571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:07 | DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14729366 | | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2022 00:00:11 | DSNB Macys, PO Box 8218, Mason, OH 45040 |
| 14669570 | | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2022 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14669568 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2022 23:50:00 | Dept of Education/Nelnet, Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14669569 | | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2022 23:50:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14669575 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 28 2022 23:50:00 | Dept of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14669576 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2022 23:50:00 | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14724970 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 23:50:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14669578 | | Email/Text: camanagement@mtb.com | Dec 28 2022 23:49:53 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14669579 | | Email/Text: camanagement@mtb.com | Dec 28 2022 23:50:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14732654 | + | Email/Text: camanagement@mtb.com | Dec 28 2022 23:50:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14726442 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 23:50:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14669581 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14669583 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 23:50:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14669582 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 23:50:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14669586 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:50:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| | | | Dec 28 2022 23:50:00 | Nationstar Mortgage, 350 Highland Dr, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lewisville, TX 75067 |
| 14669584 | + | Email/Text: Bankruptcies@nragroup.com | Dec 28 2022 23:50:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14669585 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:50:00 | Nationstar, Attn: Customer Service, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14689080 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 23:50:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 14669588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:46 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14669589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:52 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14669590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:52 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 14707685 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670224 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 29 2022 00:00:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669587 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 23:50:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14739950 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14669594 | | Email/Text: amieg@stcol.com | Dec 28 2022 23:50:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14669593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:07 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14669599 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:47 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14669595 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:37 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14669598 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:37 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14669600 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:37 | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14669597 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:35 | Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14669596 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:35 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14669602 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 28 2022 23:50:00 | Transworld Systems, Inc., Collection Agency, 500 Virginia Dr. Ste 514, Fort Washington, PA 19034-2733 |
| 14679843 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 28 2022 23:50:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**   **Name and Address**

| | | |
|---|---|---|
| cr | | U.S. Bank, N.A. et. al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669560 | ##+ | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 14669573 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |
| 14669591 | ## | Robert Louis Baroska III, Esq, Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank  N.A. et. al. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Mark G. Moynihan | on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Matthew T. Wilson  Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Matthew T. Wilson  Sr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Joint Debtor Paulette Wilson shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@rascrane.com |

TOTAL: 10