**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Matthew T. Wilson Sr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0276<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Paulette Wilson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5571<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  17–23114–CMB

## Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew T. Wilson Sr.                             Paulette Wilson
aka Matthew Todd Wilson

2/16/23                                           **By the court:** <u>Carlota M Bohm</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-23114-CMB

Matthew T. Wilson, Sr. Chapter 13

Paulette Wilson

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 16, 2023 | Form ID: 3180W | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |
| 14669548 | | ACMH, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669549 | | ACMH Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669550 | + | Acs/pnc Bank Na, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14669562 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Road, Suite 109, Pittsburgh, PA 15243-1477 |
| 14669554 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14669563 | + | Collection Service Center, Inc., 832 Fifth Ave, New Kensington, PA 15068-6304 |
| 14669567 | + | Daniel Santucci, Esq., 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 14669574 | + | Healthcare Clinics Walgreens, Take Care Health PA PC, 16802 Collections Ctr Drive, Chicago, IL 60693-0001 |
| 14669577 | + | Joshua Wilson, 1189 Lincoln St, Vandergrift, PA 15690-1019 |
| 14669580 | + | Magisterial District Court, Judge James Andring, 241 Market Street, Leechburg, PA 15656-1382 |
| 14669592 | + | Robert William Cusiak, Esq, Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Indutrial Way West, Eatontown, NJ 07724-2279 |
| 14669601 | + | The SOS Group, Collection Agency, P.O. Box 16211, Rocky River, OH 44116-0211 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 17 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 17 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 23:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 16 2023 23:54:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 16 2023 23:54:00 | U.S. Bank National Association, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED |

Case 17-23114-CMB   Doc 98   Filed 02/18/23   Entered 02/19/23 00:22:43   Desc Imaged
                              Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 3180W | Total Noticed: 67 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | STATES 33487-2853 |
| 14669551 | | Email/Text: ebn@americollect.com | Feb 16 2023 23:54:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14669552 | | EDI: CAPITALONE.COM | Feb 17 2023 04:54:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14669559 | | EDI: CAPITALONE.COM | Feb 17 2023 04:54:00 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14676958 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 23:54:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14669561 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 23:54:00 | Citizens One Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14669553 | + | EDI: CAPITALONE.COM | Feb 17 2023 04:54:00 | Capital One Bank, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14669555 | + | EDI: CAPITALONE.COM | Feb 17 2023 04:54:00 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14669557 | + | EDI: CAPITALONE.COM | Feb 17 2023 04:54:00 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14669556 | | EDI: CAPITALONE.COM | Feb 17 2023 04:54:00 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14669558 | + | EDI: CAPITALONE.COM | Feb 17 2023 04:54:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14669564 | + | EDI: WFNNB.COM | Feb 17 2023 04:54:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14669565 | + | EDI: WFNNB.COM | Feb 17 2023 04:54:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14669566 | ^ | MEBN | Feb 16 2023 23:47:10 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 14669572 | + | EDI: CITICORP.COM | Feb 17 2023 04:54:00 | DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14669571 | + | EDI: CITICORP.COM | Feb 17 2023 04:54:00 | DSNB Macys, PO Box 8218, Mason, OH 45040 |
| 14729366 | | EDI: Q3G.COM | Feb 17 2023 04:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14669570 | | Email/Text: electronicbkydocs@nelnet.net | Feb 16 2023 23:54:00 | Dept of Education/Nelnet, Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14669568 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 16 2023 23:54:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14669569 | | Email/Text: electronicbkydocs@nelnet.net | Feb 16 2023 23:54:00 | Dept of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14669575 | + | EDI: LCIICSYSTEM | Feb 17 2023 04:54:00 | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14669576 | + | EDI: IRS.COM | Feb 17 2023 04:54:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14724970 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 00:04:17 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14669578 | | Email/Text: camanagement@mtb.com | Feb 16 2023 23:54:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14669579 | | Email/Text: camanagement@mtb.com | Feb 16 2023 23:54:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14732654 | + | Email/Text: camanagement@mtb.com | | |

Case 17-23114-CMB   Doc 98   Filed 02/18/23   Entered 02/19/23 00:22:43   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 3180W | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| | | Feb 16 2023 23:54:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14726442 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14669581 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 23:54:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14669583 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 23:54:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14669582 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 23:54:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14669586 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 23:54:00 | Nationstar Mortgage, 350 Highland Dr, Lewisville, TX 75067 |
| 14669584 | + Email/Text: Bankruptcies@nragroup.com | Feb 16 2023 23:54:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14669585 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 23:54:00 | Nationstar, Attn: Customer Service, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14689080 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 23:54:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 14669588 | EDI: PRA.COM | Feb 17 2023 04:54:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14669589 | EDI: PRA.COM | Feb 17 2023 04:54:00 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14669590 | EDI: PRA.COM | Feb 17 2023 04:54:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 14707685 | EDI: PRA.COM | Feb 17 2023 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670224 | + EDI: RECOVERYCORP.COM | Feb 17 2023 04:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669587 | + EDI: PENNDEPTREV | Feb 17 2023 04:54:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14669587 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 23:54:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14739950 | EDI: Q3G.COM | Feb 17 2023 04:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14669594 | Email/Text: amieg@stcol.com | Feb 16 2023 23:54:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14669593 | + EDI: CITICORP.COM | Feb 17 2023 04:54:00 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14669599 | EDI: RMSC.COM | Feb 17 2023 04:54:00 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14669595 | + EDI: RMSC.COM | Feb 17 2023 04:54:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14669598 | + EDI: RMSC.COM | Feb 17 2023 04:54:00 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14669600 | + EDI: RMSC.COM | Feb 17 2023 04:54:00 | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14669597 | EDI: RMSC.COM | Feb 17 2023 04:54:00 | Synchrony Bank, P.O. Box 965035, Orlando, FL |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 3180W | Total Noticed: 67 |

| Recip ID | Bypass Reason | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 14669596 | | EDI: RMSC.COM | Feb 17 2023 04:54:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5035 Box 965060, Orlando, FL 32896-5060 |
| 14669602 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 16 2023 23:54:00 | Transworld Systems, Inc., Collection Agency, 500 Virginia Dr. Ste 514, Fort Washington, PA 19034-2733 |
| 14679843 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 16 2023 23:54:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, N.A. et. al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669560 | ##+ | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 14669573 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |
| 14669591 | ## | Robert Louis Baroska III, Esq, Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank  N.A. et. al. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Mark G. Moynihan | on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Matthew T. Wilson  Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Feb 16, 2023 | Form ID: 3180W | Total Noticed: 67 |

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Matthew T. Wilson  Sr. shawn@shawnwrightlaw.com,
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Joint Debtor Paulette Wilson shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com


TOTAL: 10