**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MATTHEW T. WILSON, SR.
PAULETTE WILSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23114

Chapter 13

Document No.: 90

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 16th day of February, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/16/23 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE   **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23114-CMB

Matthew T. Wilson, Sr.     Chapter 13

Paulette Wilson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Feb 16, 2023     Form ID: pdf900     Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew T. Wilson, Sr., Paulette Wilson, 1189 Lincoln Avenue, Vandergrift, PA 15690-1019 |
| 14669548 | | ACMH, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669549 | | ACMH Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14669550 | + | Acs/pnc Bank Na, 2730 Liberty Ave, Pittsburgh, PA 15222-4747 |
| 14669562 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Road, Suite 109, Pittsburgh, PA 15243-1477 |
| 14669554 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14669563 | + | Collection Service Center, Inc., 832 Fifth Ave, New Kensington, PA 15068-6304 |
| 14669567 | + | Daniel Santucci, Esq., 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 14669574 | + | Healthcare Clinics Walgreens, Take Care Health PA PC, 16802 Collections Ctr Drive, Chicago, IL 60693-0001 |
| 14669577 | + | Joshua Wilson, 1189 Lincoln St, Vandergrift, PA 15690-1019 |
| 14669580 | + | Magisterial District Court, Judge James Andring, 241 Market Street, Leechburg, PA 15656-1382 |
| 14669592 | + | Robert William Cusiak, Esq, Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Indutrial Way West, Eatontown, NJ 07724-2279 |
| 14669601 | + | The SOS Group, Collection Agency, P.O. Box 16211, Rocky River, OH 44116-0211 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 16 2023 23:54:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 16 2023 23:54:00 | U.S. Bank National Association, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 14669551 | | Email/Text: ebn@americollect.com | Feb 16 2023 23:54:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14669552 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14669559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14676958 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 23:54:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14669561 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 23:54:00 | Citizens One Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14669553 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 17-23114-CMB    Doc 99    Filed 02/18/23    Entered 02/19/23 00:22:43    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 65 |

| | | | |
|---|---|---|---|
| 14669555 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Bank, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14669557 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14669556 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14669558 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| | | Feb 17 2023 09:32:17 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14669564 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2023 23:54:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14669565 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2023 23:54:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14669566 | ^ MEBN | Feb 16 2023 23:47:10 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 14669572 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2023 00:04:25 | DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14669571 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2023 00:04:25 | DSNB Macys, PO Box 8218, Mason, OH 45040 |
| 14729366 | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2023 23:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14669570 | Email/Text: electronicbkydocs@nelnet.net | Feb 16 2023 23:54:00 | Dept of Education/Nelnet, Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14669568 | + Email/Text: electronicbkydocs@nelnet.net | Feb 16 2023 23:54:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14669569 | Email/Text: electronicbkydocs@nelnet.net | Feb 16 2023 23:54:00 | Dept of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14669575 | + Email/Text: Bankruptcy@ICSystem.com | Feb 16 2023 23:54:00 | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14669576 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2023 23:54:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14724970 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 00:04:25 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14669578 | Email/Text: camanagement@mtb.com | Feb 16 2023 23:54:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14669579 | Email/Text: camanagement@mtb.com | Feb 16 2023 23:54:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14732654 | + Email/Text: camanagement@mtb.com | Feb 16 2023 23:54:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14726442 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14669581 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 23:54:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14669583 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 23:54:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14669582 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 23:54:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14669586 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 23:54:00 | Nationstar Mortgage, 350 Highland Dr, |

Case 17-23114-CMB   Doc 99   Filed 02/18/23   Entered 02/19/23 00:22:43   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 65 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lewisville, TX 75067 |
| 14669584 | + | Email/Text: Bankruptcies@nragroup.com Feb 16 2023 23:54:00 | | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14669585 | + | Email/Text: nsm_bk_notices@mrcooper.com Feb 16 2023 23:54:00 | | Nationstar, Attn: Customer Service, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14689080 | + | Email/Text: nsm_bk_notices@mrcooper.com Feb 16 2023 23:54:00 | | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 14669588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2023 00:04:25 | | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14669589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2023 00:04:25 | | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14669590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2023 00:04:17 | | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 14707685 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2023 00:04:21 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670224 | + | Email/PDF: rmscedi@recoverycorp.com Feb 17 2023 00:04:21 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669587 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2023 23:54:00 | | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14739950 | | Email/Text: bnc-quantum@quantum3group.com Feb 16 2023 23:54:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14669594 | | Email/Text: amieg@stcol.com Feb 16 2023 23:54:00 | | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14669593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 17 2023 00:04:17 | | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14669599 | | Email/PDF: gecsedi@recoverycorp.com Feb 17 2023 00:04:24 | | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14669595 | + | Email/PDF: gecsedi@recoverycorp.com Feb 17 2023 00:04:24 | | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14669598 | + | Email/PDF: gecsedi@recoverycorp.com Feb 17 2023 00:04:20 | | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 14669600 | + | Email/PDF: gecsedi@recoverycorp.com Feb 17 2023 00:04:16 | | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14669597 | | Email/PDF: gecsedi@recoverycorp.com Feb 17 2023 00:04:20 | | Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14669596 | | Email/PDF: gecsedi@recoverycorp.com Feb 17 2023 00:04:24 | | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14669602 | + | Email/Text: bankruptcydepartment@tsico.com Feb 16 2023 23:54:00 | | Transworld Systems, Inc., Collection Agency, 500 Virginia Dr. Ste 514, Fort Washington, PA 19034-2733 |
| 14679843 | + | Email/Text: electronicbkydocs@nelnet.net Feb 16 2023 23:54:00 | | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**   **Name and Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 65 |

| | | |
|---|---|---|
| cr | | U.S. Bank, N.A. et. al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669560 | ##+ | Citi Auto, 2208 Highway 121 Ste 100, Bedford, TX 76021-5981 |
| 14669573 | ## | Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |
| 14669591 | ## | Robert Louis Baroska III, Esq, Hayt, Hayt & Landau, LLC, 123 S. Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023                Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank  N.A. et. al. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Mark G. Moynihan | on behalf of Joint Debtor Paulette Wilson mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Matthew T. Wilson  Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Matthew T. Wilson  Sr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Joint Debtor Paulette Wilson shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@rascrane.com |

TOTAL: 10